# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12041

_____

BRANDON FULTON,

*Plaintiff-Appellant,*

*versus*

FULTON COUNTY BOARD OF COMMISSIONERS,

*Defendant-Appellee,*

PAUL L. HOWARD, JR.,

Esq.; in his individual capacity, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-01936-SCJ

_____

Before William Pryor, Chief Judge, Jordan, Rosenbaum, Jill Pryor, Newsom, Branch, Grant, Luck, Lagoa, Brasher, Abudu, and Kidd, Circuit Judges.

BY THE COURT:

2                    Order of the Court                    22-12041

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.